**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | **3:02-cr-116** |
| **v.** ) | **Judge Phillips** |
| ) | |
| **TACITA SCOTT,** ) | |
| ) | |
|    **Defendant.** ) | |

## ORDER

This matter is before the Court upon motion by the United States of America to dismiss the petition(s) to revoke supervised release [Doc. 26]. It appears that the defendant has paid restitution in full and the United States Probation Office, the United States Attorney's Office, and the defendant have agreed to this disposition. Accordingly, the motion to dismiss the petition(s) [Doc. 26] is **GRANTED**.

      **IT IS SO ORDERED.**

                               **ENTER:**

                               s/Thomas W. Phillips
                               UNITED STATES DISTRICT COURT